ACCEPTED
03-14-00595-CR
4634374
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 11:14:14 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00595-CR

COURT OF APPEALS

FOR THE

AUSTIN SUPREME JUDICIAL DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 11:14:14 AM
JEFFREY D. KYLE
Clerk

ANDREW ELON GARRAWAY,
Appellant

VS.

THE STATE OF TEXAS,
Appellee

APPEAL FROM
THE 22ND JUDICIAL DISTRICT COURT
HAYS COUNTY, TEXAS
TRIAL COURT CAUSE NO. CR-11-0925

MOTION FOR LEAVE TO FILE UNTIMELY STATE'S BRIEF

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

State files this Motion for Leave to File an Untimely Brief, and in support states:

1.    The State's Brief was due on March 19, 2015.

2.    The time to file the State's brief has expired. The undersigned attorney was preparing for jury trial and due to a heavy case load, the brief has taken longer than expected to finalize.

3.    This Motion is not sought for delay but so that justice may be done.

4.    For the foregoing reasons, the State seeks leave to file this brief late pursuant to Texas Rules of Appellate Procedure, Rule 38.6.

Respectfully submitted,

_____
Ben Moore
Assistant Criminal District Attorney
Hays County, Texas
Hays County Government Center
712 South Stagecoach Trail, Ste. 2057
San Marcos, Texas 78666
benjamin.moore@co.hays.tx.us
(512) 393-7600
(512) 393-2246 fax
State Bar No. 24042522
COUNSEL FOR STATE

# CERTIFICATE

The foregoing Appellee Motion for Leave to File Untimely State's Brief was subscribed and sworn to before me by Ben Moore on this the 25th day of March, 2015.

_Ben Moore_
Ben Moore

RHONDA WIEDERSTEIN
MY COMMISSION EXPIRES
September 9, 2018

_Wiederstein_  3/25/15
Notary Public in and for the State of Texas

# CERTIFICATE OF SERVICE

I certify that on March 25, 2015 I served the above motion by email to Ellic Sahualla at ellic@sahuallalaw.com.

_Ben Moore_
Ben Moore